IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER COLLINS,<br>          **Plaintiff**,<br>   v.<br>THE COUNTY OF KERN, et al.,<br>          **Defendant**. | CV F 03-6424 AWI TAG<br><br>**ORDER VACATING HEARING DATE OF APRIL 25, 2005, AND TAKING MATTER UNDER SUBMISSION** |

    Defendants have noticed for hearing and decision a motion summary judgement. The matter was scheduled for hearing to be held on April 25, 2005. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than April 11, 2005. Plaintiff failed to do so.

    Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules. See 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

//

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 25, 2005, is VACATED, and no party shall appear at that time. As of April 25, 2005, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:    April 15, 2005**              /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE