**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
**By Andrew C. Thomson, Deputy (Bar # 149057)**
**County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, California  93301**
**Telephone:  (661) 868-3800**
**Facsimile:  (661) 868-3805**

**Attorney for Defendants,**
**County of Kern, Sheriff Carl Sparks,**
**D.O. Perkins and D.O. Reynolds**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER COLLINS,<br><br>                              Plaintiff,<br><br>     v.<br><br>THE COUNTY OF KERN; CARL SPARKS, Sheriff of Kern County, official and individual capacity, DO PERKINS, official and individual capacity, DO REYNOLDS, official and individual capacity,<br><br>                              Defendants. | CASE NO.  CIV-F-03-6424 AWI/TAG<br><br>STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL; PROPOSED ORDER |

The parties, by and through their respective attorneys of record, hereby stipulate and agree that the court may enter an order:

1)     To continue the Pre-Trial Conference from June 10, 2005 to August 5, 2005 at 8:30 a.m. in Courtroom 3, before the Honorable Anthony W. Ishii, or an alternative date as may be set by the court; and

2)     To continue the Trial from July 26, 2005 to September 13, 2005 at 9:00 a.m. in Courtroom 3, before the Honorable Anthony W. Ishii, or an alternative date as may be set by the court.

The parties believe that it will be beneficial to all parties and to the Court to postpone

1

1  the trial and the pre-trial conference until such time as defendants' motion for summary

2  judgment, which is currently pending before the court, has been adjudicated and the parties

3  have had sufficient time to incorporate the ruling into their trial preparation.

4  Dated: May 24, 2005                    LAW OFFICES OF DONALD C. DUCHOW

                                          /s/ Donald C. Duchow
                                       By_____
                                          Donald C. Duchow
                                          Attorney for plaintiff, Peter Collins


9  Dated: May 26, 2005                    B.C. BARMANN, SR., COUNTY COUNSEL

                                          /s/ Andrew C. Thomson
                                       By_____
                                          Andrew C. Thomson, Deputy
                                          Attorney for defendants, County of Kern,
                                          Sheriff Carl Sparks, D.O. Perkins and
                                          D.O. Reynolds

### ORDER

The Court having read the foregoing Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the trial date currently scheduled for July 26, 2005, is hereby continued until September 13, 2005 at 9:00 a.m. in Courtroom 3, and the Pre-Trial Conference currently scheduled for June 10, 2005, is hereby continued to August 5, 2005 at 8:30 a.m. in Courtroom 3.

IT IS SO ORDERED.

**Dated:   May 27, 2005**                 **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE

2