UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

PETER COLLINS,

           Plaintiff,

   vs.

COUNTY OF KERN, et al.,

           Defendant.

_____/

**1:03-cv-6424 AWI TAG**

**ORDER TO SHOW CAUSE RE NON-COMPLIANCE WITH ELECTRONIC FILING REQUIREMENT (L.R. 5-133)**

     TO:  DONALD DUCHOW

     YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why sanctions should not be imposed for your failure to comply with the court's electronic filing requirements.  Such affidavits or certificates are to be filed within 11 days of service of this order.

     DATED:  June 23, 2005

                        /s/ Anthony W. Ishii
                        ANTHONY W. ISHII
                        U.S. District Judge