UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| PETER COLLINS, | **1:03-cv-6424 AWI TAG** |
|     Plaintiff, | **ORDER TO SHOW CAUSE RE NON-COMPLIANCE WITH ELECTRONIC FILING REQUIREMENT** |
| vs. | **(L.R. 5-133)** |
| COUNTY OF KERN, et al., | **DATE: July 25, 2005** |
|     Defendant. | **TIME:  1:30 p.m.** |
| _____/ | **Courtroom 3** |

TO:  DONALD DUCHOW

On January 3, 2005, this court became an electronic filing district, requiring all attorneys to register for the court's electronic filing system (CM/ECF), and except where excused by the court or by Local Rule, to file all documents electronically.  You were given written notice on April 21, 2005, and directed to register for CM/ECF.  No registration was received, and on June 23, 2005, the court issued an Order to Show Cause directing you to show cause by certificate or affidavit why you had not complied with the electronic filing requirements.  To date, you have not registered for CM/ECF, and no response to the Order to Show Cause has been received from

you by the court.

     YOU ARE HEREBY DIRECTED TO APPEAR on July 25, 2005, at 1:30 p.m., and SHOW CAUSE why sanctions should not be imposed for your failure to comply with the court's electronic filing requirements.

DATED:  July 12, 2005

                                              <u>/s/ Anthony W. Ishii</u>
                                              ANTHONY W. ISHII
                                              U.S. District Judge